UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LONNIE LAURENT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1275** |
| **ROBERT TANNER, WARDEN** | **SECTION "N"(2)** |

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, filed by the petitioner on August 21, 2012 (Rec. Doc. No. 12), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Lonnie Laurent for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 24th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE